# CLIFTON BUDD & DEMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

**IAN-PAUL A. POULOS**  
ASSOCIATE  
E-MAIL: IAPOULOS@CBDM.COM

March 25, 2021

**VIA ECF**
Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 11-C South
Brooklyn, New York 11201

      Re:    *Rosendo et al. v. Nevada Diner Inc. et al.*
              20-cv-04897-DG-PK

Dear Judge Kuo:

      This firm represents Defendant Nevada Diner Inc. in the above-referenced action. Pursuant to Paragraph IV of Your Honor's Individual Practices, Defendant respectfully requests on behalf of all parties that Your Honor extend the deadlines in the *Initial Pretrial Discovery and Mediation Schedule* by thirty (30) days such that the Joint Status Report Regarding Settlement is due on April 28, 2021. *See* ECF Doc. 22. The parties are reviewing and discussing the production made pursuant to Your Honor's order.

      This is the first request for an extension of this deadline. No other dates will be affected by this extension.

      Thank you for Your Honor's time and consideration.

                        Respectfully submitted,

                        CLIFTON BUDD & DeMARIA, LLP
                        *Attorneys for the Defendant*

                        By:_____
                            Ian-Paul A. Poulos

cc:      All Counsel of Record